IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARLIN KEONE SOUZA,<br><br>            Plaintiff,<br>   v.<br><br>PIERCE COUNTY SUPERIOR COURT,<br><br>            Defendant. | No. 3:22-cv-05545-BJR-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, the record of the case, and the relevant legal authorities, hereby finds and ORDERS:

1. The Court adopts the Report and Recommendation (Dkt. 6).

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 1) is DENIED.

3. If Plaintiff wishes to pursue this case, Plaintiff must pay the Court filing fee within 21 days of this Order; failure to pay the filing fee will result in the case being closed.

4. If Plaintiff appeals, Plaintiff will not continue *in forma pauperis* on appeal.

Dated: January 11, 2023

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1